UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ryan Kim, Esq.
Ryan Kim Law
222 Bruce Reynolds Blvd.
Fort Lee, New Jersey 07024
*Attorneys for Plaintiffs*

---

JUNGHYUN SHIN AND PAUL LEE,

    Plaintiffs,

vs.

BEUTY TOWN INTERNATIONAL, INC. AND DON PARK,

    Defendants.

---

Case No.: 21-cv-13737(KM)(JSA)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/8/2022**

It is hereby stipulated by and among Ryan Kim counsel for Plaintiffs Junghyun Shin and Paul Lee, and the Law Offices of Diane H. Lee, P.C., counsel for defendants Beauty Town International, Inc. and Don Park, that all claims asserted in this action are hereby dismissed with prejudice and without costs, expenses, or attorneys' fees being awarded to any party.

| | |
|---|---|
| Ryan Kim, Esq.   [RK   ]<br>Ryan Kim Law.<br>222 Bruce Reynolds Blvd.<br>Fort Lee, NJ 07024<br>Tel: (212) 518-3311<br>Attorneys for Plaintiffs | Diane H. Lee, Esq. [DHL3170]<br>The Law Offices of Diane H. Lee, P.C.<br>1630 Center Avenue<br>Fort Lee, NJ 07024<br>Tel: (201) 363-0101<br>Attorneys for Defendants |
| Dated: 8/5/2022 | Dated: 8/5/2022 |

8